**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 1 6 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
PEDRO FONTANES,

        Plaintiff,

vs.

ARCADE AFFILIATES, LLC a/k/a ARCADE
AFFILIATES, FLUSHING KENT REALTY
MANAGEMENT LLC, SHAUKAT ALI and WAZIR
A. KHAMISSA,

        Defendants.
----------------------------------------X

Case No. 16-cv-5777(NG)(PK)

**STIPULATION OF DISCONTINUANCE**

    IT IS HEREBY STIPULATED by and between the undersigned, the attorneys for the respective parties as follows:

    1.    This action is hereby discontinued with prejudice.

    2.    Facsimile or electronic signatures affixed to this stipulation shall be deemed to be originals for purposes of this stipulation.

    3.    The parties hereto shall each bear their own attorney's fees and costs, excluding therefrom the cross-claim for attorney's fees that the landlord has against the tenants herein which will be severed and discontinued without prejudice.

    4.    This stipulation will be effective as among the parties whether or not it is "so ordered" by this Court.

Dated: February 6, 2017

SEKENDIZ LAW FIRM P.C.

By: _____
ISMAIL S. SEKENDIZ (IS-0509)
45 Broadway, Suite 1420
New York, New York 10006
Attorneys for Plaintiff

_____
MOHAMMAD ALI, ESQ.
430 W Merrick Road, Suite 9
Valley Stream, New York 11580-5201
(917) 213-4922
Attorney for Defendants Shaukat Ali and
Wazir A. Khamissa

_____
RICHARD T. WALSH (RW-4529)
A Member of the Firm
HORING WELIKSON & ROSEN P.C.
11 Hillside Avenue
Williston Park, New York 11596
Phone: (516) 535-1700
Attorneys for Defendants
Arcade Affiliates, LLC, a/k/a Arcade Affiliates
and Flushing Kent Realty Management, LLC

SO ORDERED:    2-15-17
                Date

/s/ Nina Gershon
_____
U. S. D. J.